STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE THREAT REDUCTION AGENCY,<br><br>    Defendant. | CASE NO. 3:22-CV-00299-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

WHEREAS, Plaintiff filed its complaint on January 14, 2022, ECF No. 1;

WHEREAS, on February 16, 2022, the U.S. Defense Threat Reduction Agency ("DTRA") produced 2,790 pages to Plaintiff in a partial response to Plaintiff's FOIA request at issue in this matter and anticipates completing production within 60 days of the initial production;

Therefore, pursuant to Civil L.R. 6-1(a), 6-2, and 7-12, the parties to this action stipulate as follows:

    1.    Barring unforeseen circumstances, or circumstances outside of the control of the DTRA, DTRA will complete its production of responsive records by April 18, 2022;

    2.    Upon completion of the production, the parties will confer in good faith about any perceived deficiencies in the production or concerns regarding exemptions;

    3.    If no production or exemption issues remain, the parties will confer in good faith about

Plaintiff's demand for fees and costs pursuant to the Freedom of Information Act;

4.     Defendant's time within which to answer or otherwise respond to the complaint is extended until May 17, 2022; and

5.     The parties further request that the Court continue the initial case management conference currently set for April 15, 2022 (and corresponding deadlines), until May 27, 2022, for the reasons set forth above and in the accompanying declaration of Adrienne Zack.

IT IS SO STIPULATED.

DATED: March 3, 2022

/s/ Daniel C. Snyder [1]
DANIEL C. SNYDER
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401

/s/ Rachel S. Doughty [1]
RACHEL DOUGHTY
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707

Attorneys for Plaintiff

Respectfully submitted,
STEPHANIE M. HINDS
United States Attorney

/s/ Adrienne Zack
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendant's deadline by which to respond to the complaint is extended to May 17, 2022.  The Initial Case Management Conference is continued until May 27, 2022, at 2:00 p.m.  A joint case management statement is due one week prior.

DATED:  March 4, 2022

_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.
STIP. TO EXTEND RESPONSE DEADLINE & CONT CMC
3:22-CV-00299-JCS