STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| U.S. RIGHT TO KNOW, | ) CASE NO. 3:22-CV-00299-JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) **THIRD JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND AND CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| UNITED STATES DEFENSE THREAT REDUCTION AGENCY, | ) |
| Defendant. | ) |

    WHEREAS, on March 3, 2022, the Parties entered into a stipulation regarding a production schedule and case management deadlines, which was approved by the Court, *see* ECF Nos. 16 & 17;

    WHEREAS, on March 25, 2022, the Parties agreed to amend the production schedule due to unforeseen additional time required by a third party for review, which was approved by the Court, *see* ECF Nos. 18 & 19;

    WHEREAS, on May 13, 2022, Defendant completed its production in response to Plaintiff's Freedom of Information Act request;

    WHEREAS, the Parties require additional time for Plaintiff to review Defendant's production, to confer in good faith about any perceived deficiencies in the production or concerns regarding exemptions, and to confer in good faith about Plaintiff's demand for fees and costs;

    Therefore, pursuant to Civil L.R. 6-1(a), 6-2, and 7-12, the parties to this action stipulate as

follows:

1. The parties will confer in good faith about any perceived deficiencies in the production or concerns regarding exemptions;

2. If no production or exemption issues remain, the parties will confer in good faith about Plaintiff's demand for fees and costs pursuant to the Freedom of Information Act;

3. Defendant's time within which to answer or otherwise respond to the complaint is extended until August 19, 2022; and

4. The parties further request that the Court continue the initial case management conference currently set for July 8, 2022 (and corresponding deadlines), until September 9, 2022, for the reasons set forth above and in the accompanying declaration of Adrienne Zack.

IT IS SO STIPULATED.

DATED: June 7, 2022

/s/ Daniel C. Snyder [1]
DANIEL C. SNYDER
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401

/s/ Rachel S. Doughty [1]
RACHEL DOUGHTY
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707

Attorneys for Plaintiff

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Adrienne Zack
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendant's deadline by which to respond to the complaint is extended to August 19, 2022. The Initial Case Management Conference is continued until September 9, 2022, at 2:00 p.m. A joint case management statement is due one week prior.

DATED: June 8, 2022

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

3RD STIP. TO EXTEND RESPONSE DEADLINE & CONT CMC
3:22-CV-00299-JCS