```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7031
        FAX: (415) 436-6748
        adrienne.zack@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEFENSE THREAT REDUCTION AGENCY,<br><br>        Defendant. | CASE NO. 3:22-CV-00299-JCS<br><br>**FOURTH JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND** |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant's time within which to answer or otherwise respond to the complaint, ECF No. 1, until September 19, 2022. Good cause exists as the parties are presently engaged in settlement negotiations, the successful resolution of which will eliminate the need for the Defendant to answer or otherwise respond to the complaint. This stipulation does not alter the date of any event or deadline already fixed by the Court.

IT IS SO STIPULATED.

//

//

//

//

//

| | |
|---|---|
| DATED: August 17, 2022 | Respectfully submitted, |
| /s/ Daniel C. Snyder [1]<br>DANIEL C. SNYDER<br>Law Offices of Charles M. Tebbutt, P.C.<br>941 Lawrence St.<br>Eugene, OR 97401 | STEPHANIE M. HINDS<br>United States Attorney<br><br>/s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br><br>Attorneys for Defendant |
| /s/ Rachel S. Doughty [1]<br>RACHEL DOUGHTY<br>GREENFIRE LAW, PC<br>P.O. Box 8055<br>Berkeley, CA 94707<br><br>Attorneys for Plaintiff | |

Dated: 8/18/2022

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

4TH STIP. TO EXTEND RESPONSE DEADLINE
3:22-CV-00299-JCS