1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7031
         Fax: (415) 436-6748
7        adrienne.zack@usdoj.gov

   Attorneys for Defendant
8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   U.S. RIGHT TO KNOW,                    )  CASE NO. 3:22-CV-00299-JCS
13                                         )
          Plaintiff,                       )  **NOTICE OF SETTLEMENT, JOINT**
14                                         )  **STIPULATION TO VACATE CASE**
       v.                                  )  **MANAGEMENT CONFERENCE, [PROPOSED]**
15                                         )  **ORDER**
   UNITED STATES DEFENSE THREAT           )
16  REDUCTION AGENCY,                      )
                                           )
17        Defendant.                       )
                                           )
18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
3:22-CV-00299-JCS                          1

1       Pursuant to Civil Local Rule 7-12, Plaintiff U.S. Right to Know and Defendant Defense Threat

2 Reduction Agency, respectfully submit this Notice of Settlement and Joint Stipulation to vacate the

3 September 9, 2022, case management conference.  A copy of the settlement agreement is attached hereto

4 as Exhibit A.  Within five days of receipt of payment, the parties will stipulate to dismissal of this

5 matter.

6       Because the parties have settled this matter, they respectfully request that the Court vacate the

7 Case Management Conference currently scheduled for September 9, 2022.

8 DATED: August 26, 2022              Respectfully submitted,

9 /s/ Daniel C. Snyder[1]               STEPHANIE M. HINDS

10 DANIEL C. SNYDER               United States Attorney
Law Offices of Charles M. Tebbutt, P.C.

11 941 Lawrence St.               /s/ Adrienne Zack
Eugene, OR 97401               ADRIENNE ZACK

12                              Assistant United States Attorney

13                              Attorneys for Defendant

14 /s/ Rachel S. Doughty[1]
RACHEL DOUGHTY

15 GREENFIRE LAW, PC
P.O. Box 8055

16 Berkeley, CA 94707

17 Attorneys for Plaintiff

18

19 **[PROPOSED] ORDER**

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference scheduled

21 for September 9, 2022, is vacated.

22

23

24 DATE:                           _____

25                             The Honorable Joseph C. Spero
United States Magistrate Judge

26

27

28      [1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

NOTICE OF SETTLEMENT
3:22-CV-00299-JCS                           2