STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE THREAT REDUCTION AGENCY,<br><br>    Defendant. | CASE NO. 3:22-CV-00299-JCS<br><br>**NOTICE OF SETTLEMENT, JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE, [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiff U.S. Right to Know and Defendant Defense Threat Reduction Agency, respectfully submit this Notice of Settlement and Joint Stipulation to vacate the September 9, 2022, case management conference. A copy of the settlement agreement is attached hereto as Exhibit A. Within five days of receipt of payment, the parties will stipulate to dismissal of this matter.

Because the parties have settled this matter, they respectfully request that the Court vacate the Case Management Conference currently scheduled for September 9, 2022.

DATED: August 26, 2022

/s/ Daniel C. Snyder[1]
DANIEL C. SNYDER
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401

/s/ Rachel S. Doughty[1]
RACHEL DOUGHTY
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707

Attorneys for Plaintiff

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Adrienne Zack
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Defendant

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference scheduled for September 9, 2022, is **continued to December 9, 2022 at 2:00 PM by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855. This date will be vacated if the dismissal is filed before this date**.

DATED: August 30, 2022

_____
The Honorable Joseph C. Spero
United States Chief Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

NOTICE OF SETTLEMENT
3:22-CV-00299-JCS                                       2