STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW, | CASE NO. 3:22-CV-00299-JCS |
|     Plaintiff, | JOINT STIPULATION TO DISMISS WITH PREJUDICE |
|     v. | |
| UNITED STATES DEFENSE THREAT REDUCTION AGENCY, | |
|     Defendant | |

JT. STIP. TO DISMISS
3:22-CV-00299-JCS                        1

Pursuant to Federal Rule of Civil Procedure 41(a), and pursuant to the Stipulation of Settlement between the parties, ECF No. 24-1, Plaintiff U.S. Right to Know and Defendant Defense Threat Reduction Agency hereby stipulate to dismiss with prejudice the entirety of the above-captioned action.

| | |
|---|---|
| DATED: September 21, 2022 | Respectfully submitted, |
| /s/ Daniel C. Snyder[1]<br>DANIEL C. SNYDER<br>Law Offices of Charles M. Tebbutt, P.C.<br>941 Lawrence St.<br>Eugene, OR 97401 | STEPHANIE M. HINDS<br>United States Attorney<br><br>/s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br><br>Attorneys for Defendant |
| /s/ Rachel S. Doughty[1]<br>RACHEL DOUGHTY<br>GREENFIRE LAW, PC<br>P.O. Box 8055<br>Berkeley, CA 94707<br><br>Attorneys for Plaintiff | |

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.